NUMBER 13-08-00574-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE R. SCOTT BROWN, BLACK ROCK INVESTMENT

 PARTNERSHIP, MARK G. MAGNESS, ALAN L. SMITH, J&K EQUITY
PARTNERS, LP, RICHARD L. BURLESON, RICHARD A. DEGNER,
CRAIG LINDBERG, RANDOLPH NEWCOMER, JR., DIVERSE
EXPLORATION, LP, DARIN GOSDA, MARGARET S. GOSDA,

 ORPHEUS HOLDINGS, LLC, ASLAN CAPITAL FUND I (QP) LP,

 AND PORT ISABEL LOGISTICAL OFFSHORE TERMINAL, INC.

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam (1)



 Relators, R. Scott Brown, et al., filed a petition for writ of mandamus in the above
cause on October 7, 2008. The Court ordered the real parties in interest, Robert A. Ostos,
David Eymard, and Russell L. Reichert, to file a response to relators' petition for writ of
mandamus before the expiration of ten days from the date of the order. See Tex. R. App.
P. 52.8(b). Such response was duly filed.

 Relators have now informed the Court that the parties have compromised and
settled their differences. Accordingly, this original proceeding is DISMISSED without
reference to the merits.

 IT IS SO ORDERED. 

 PER CURIAM


Memorandum Opinion delivered and

filed this 4th day of November, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).